**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00981-LTB

KINGVISION PAY-PER-VIEW, LTD.,

    Plaintiff,

v.

JESUS RAMIREZ, individually and as the alter ego of VILLA CAFÉ, INC., d/b/a VILLA CAFE MEXICAN RESTAURANT;
VILLA CAFÉ, INC., an unknown business entity d/b/a VILLA CAFE MEXICAN RESTAURANT,

    Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion to Amend Complaint to Add Additional Parties (Doc 7 - filed February 8, 2008) is **GRANTED**.

Dated: February 8, 2008
_____