**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00981-LTB

KINGVISION PAY-PER-VIEW, LTD.,

    Plaintiff,

v.

JESUS RAMIREZ, individually and as the alter ego of VILLA CAFÉ, INC., d/b/a VILLA CAFE MEXICAL RESTAURANT;
VILLA CAFÉ, INC., an unknown business entity d/b/a VILLA CAFE MEXICAN RESTAURANT,

    Defendants.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal Under Rule 41 (Doc 19 - filed May 16, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED,** each party to pay their own fees and costs.

                                             BY THE COURT:

                                               s/Lewis T. Babcock
                                               Lewis T. Babcock, Judge

Dated: May 19, 2008